IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JANE DOE, as the Natural Guardian of NANCY DOE, a Minor, MARY DOE, a Minor, and , a Minor, SUSAN DOE, a Minor, | ) ) ) ) ) | C.A. No.: |
| Plaintiffs | ) ) | Trial By Jury Demanded |
| v. | ) ) ) | |
| CAPE HENLOPEN SCHOOL DISTRICT, DANE BRANDENBERGER, JANET MAULL, and CINDY CUNNINGHAM, | ) ) ) ) ) | |
| Defendants. | ) | |

## PLAINTIFFS' MOTION TO PROCEED ANONYMOUSLY

Plaintiffs hereby move this Court to permit the plaintiffs to proceed in this case anonymously. Plaintiff is seeking to proceed anonymously because of religious and ethnic discrimination concerning private matters and because the plaintiffs fear retaliation for having filed this lawsuit. In support of this motion the plaintiff states as follows:

1. Plaintiffs fear retaliation from the community against both herself, and her children.

2. The plaintiff, and her family have already received threatening phone calls and acts of violence because of complaints they have made to the school district for the matters alleged in the complain.

3. The plaintiff is aware of other cases within the State of Delaware, in which the plaintiffs have brought claims based upon their rights under the First Amendment, and for which

they have been harassed and threatened, specifically, a case presently before this Court, *Dobrich v. Walls, et.al.*, C.A. No.: 05-120(JJF).

4. Under appropriate circumstances, the right to proceed in pseudonym has been recognized. *Doe v. Santa Fe Independent School District*, 530 U.S. 290, 294 (2000); *Doe v. Frank*, 951 F.2d 320, 324 (11th Cir. 1992); *Doe v. Stegall*, 653 F.2d 186 (5th Cir. 198); *Doe v. Provident Life and Accident Insurance Co.*, 176 F.R.D., 464, 486 (E.D.Pa. 1997).

ABER, GOLDLUST, BAKER & OVER

GARY W. ABER (DSB #754)
702 King Street, Suite 600
P.O. Box 1675
Wilmington, DE 19899
(302) 472-4900
Attorney for Plaintiffs

DATED: June 23, 2005