IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JANE DOE, as the Natural Guardian of NANCY DOE, a Minor, MARY DOE, a Minor, and , a Minor, SUSAN DOE, a Minor, | ) ) ) ) ) | C.A. No.: 05-424 |
| Plaintiffs | ) ) | Trial By Jury Demanded |
| v. | ) ) | |
| CAPE HENLOPEN SCHOOL DISTRICT, DANE BRANDENBERGER, JANET MAULL, and CINDY CUNNINGHAM, | ) ) ) ) ) | |
| Defendants. | ) ) | |

## ALIAS PRAECIPE

**PLEASE ISSUE SUMMONS AND COMPLAINT,** upon the defendant, Cindy Cunningham by serving her personally at 61 Sussex Drive, Lewes, Delaware 19958

ABER, GOLDLUST, BAKER & OVER

/s/ Gary W. Aber
GARY W. ABER (DSB #754)
702 King Street, Suite 600
P.O. Box 1675
Wilmington, DE 19899
302-472-4900
Attorney for Plaintiff

DATED: August 15, 2005