# United States District Court

_____ DISTRICT OF_ **DELAWARE** _____

JANE DOE, as the Natural Guardian of
NANCY DOE, a Minor, MARY DOE, a Minor,
and SUSAN DOE, a Minor

**SUMMONS IN A CIVIL ACTION**

V.

**Cape Henlopen School District,**
**Dane Brandenberger, Janet Maull, and**
**Cindy Cunningham,**

**CASE NUMBER: 05-424**

TO: (Name and Address of Defendant)
Cindy Cunningham
61 Sussex Drive
Lewes, DE  19958

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Gary W. Aber, Esquire
Aber, Goldlust, Baker & Over
702 King Street, Suite 600
Wilmington, DE  19801

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

_____       _____
CLERK                                                                    DATE

_____
BY DEPUTY CLERK

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE |
| NAME OF SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with person of suitable age and direction then residing therein.
Name of person with whom the summons and complaint were left: _____
☐ Returned unexecuted: _____

☐ Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____   _____
                  *Date*                          *Signature of Server*

_____
*Address of Server*

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure