IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JANE DOE, as the Natural Guardian of NANCY DOE, a Minor, MARY DOE, a Minor, and SUSAN DOE, a Minor,<br><br>Plaintiffs,<br><br>v.<br><br>CAPE HENLOPEN SCHOOL DISTRICT, DANE BRANDENBERGER, JANET MAULL, and CINDY CINNINGHAM,<br><br>Defendants. | C.A. No. 05-cv-00424 SLR<br><br>Trial by Jury Demanded |

## STIPULATION FOR EXTENSION OF TIME

IT IS HEREBY STIPULATED by and between the parties that the time for Defendants Cape Henlopen School District, Dane Brandenberger and Janet Maull to answer, move or otherwise respond to Plaintiffs' Complaint is extended until September 9, 2005.

ABER, GOLDLUST, BAKER & OVER

*/s/ Gary W. Aber*

Gary W. Aber, Esquire (#754)
702 King Street, Suite 600
Wilmington, DE 19899
(302) 472-4900
gaber@gablawde.com
Attorneys for Plaintiffs

MORRIS, JAMES, HITCHENS & WILLIAMS LLP

*/s/ Jennifer J. Brierley*

David H. Williams (#616)
Jennifer L. Brierley (#4075)
222 Delaware Avenue
P.O. Box 2306
Wilmington, DE 19899
(302) 888-6900
dwilliams@morrisjames.com
jbrierley@morrisjames.com
Attorneys for Defendants Cape Henlopen School District, Dane Brandenberger and Janet Maull

IT IS SO ORDERED this _____ day of _____, 2005.

_____
J.