IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JANE DOE, as the Natural Guardian of NANCY DOE, a Minor, MARY DOE, a Minor, and SUSAN DOE, a Minor,<br><br>    Plaintiffs,<br><br>  v.<br><br>CAPE HENLOPEN SCHOOL DISTRICT, DANE BRANDENBERGER, JANET MAULL, and CINDY CINNINGHAM,<br><br>    Defendants. | )<br>)<br>)<br>)  C.A. No. 05-cv-00424 SLR<br>)<br>)  Trial by Jury Demanded<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**STIPULATION FOR EXTENSION OF TIME**

IT IS HEREBY STIPULATED by and between the parties that the time for Defendants to answer, move or otherwise respond to Plaintiffs' Complaint is extended until September 12, 2005.

ABER, GOLDLUST, BAKER & OVER

/s/ Gary W. Aber

Gary W. Aber, Esquire (#754)
702 King Street, Suite 600
Wilmington, DE 19899
(302) 472-4900
gaber@gablawde.com
Attorneys for Plaintiffs

MORRIS, JAMES, HITCHENS & WILLIAMS LLP

/s/ Jennifer Brierley

David H. Williams (#616)
Jennifer L. Brierley (#4075)
222 Delaware Avenue
P.O. Box 2306
Wilmington, DE 19899
(302) 888-6900
dwilliams@morrisjames.com
jbrierley@morrisjames.com
Attorneys for Defendants

IT IS SO ORDERED this _____ day of _____, 2005.

_____
J.