IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JANE DOE, as the Natural Guardian of NANCY DOE, a Minor, MARY DOE, a Minor, and SUSAN DOE, a Minor, | ) ) ) ) | |
| Plaintiffs, | ) ) ) | C.A. No. 05-cv-00424 SLR<br><br>Trial by Jury Demanded |
| v. | ) ) | |
| CAPE HENLOPEN SCHOOL DISTRICT, DANE BRANDENBERGER, JANET MAULL, and CINDY CUNNINGHAM, | ) ) ) ) | |
| Defendants. | ) ) | |

**EXHIBIT 1 TO
ANSWER OF DEFENDANTS TO COMPLAINT**

Book List
Cindy F. Cunningham

The Littlest Christmas Tree
Janie Jasin

Santa's Twin
Dean Koontz

On Christmas Eve
Margaret Wise Brown

The Doll in the Window
Pamela Bianco

The Wild Christmas Reindeer
Jan Brett

Stranger in the Woods
Carl Sams & Jean Stoick

The Light of Christmas
Richard Paul Evans

Gingerbread Baby
Jan Brett

The Christmas Ship
Dean Morrissey

The Christmas Candle
Richard Paul Evans

The Night Before Christmas
Clement Clarke Moore

The Hat
Jan Brett

The Nutcracker
ETA Hoffman

The Legend of the Candy Cane
Lori Walburg

The Mitten
Jan Bret

Jingle Bells, Homework Smells
Diane de Groat

The Fright Before Christmas
James Howe