IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JANE DOE, as the Natural Guardian of NANCY DOE, a Minor, MARY DOE, a Minor, and SUSAN DOE, a Minor,<br><br>        Plaintiffs,<br><br>v.<br><br>CAPE HENLOPEN SCHOOL DISTRICT, DANE BRANDENBERGER, JANET MAULL, and CINDY CUNNINGHAM,<br><br>        Defendants. | C.A. No. 05-424 SLR<br><br>Trial by Jury Demanded |

## NOTICE OF SERVICE

I hereby certify that on the 8th day of February, 2006, two (2) copies of **DEFENDANTS' INITIAL DISCLOSURES** were served by hand delivery addressed to the following counsel of record:

    Gary W. Aber, Esquire
    Aber, Goldlust, Baker & Over
    First Federal Plaza, Suite 600
    P.O. Box 1675
    Wilmington, DE 19899

                                              /s/ David H. Williams
                                              David H. Williams (#616)
                                              Morris, James, Hitchens & Williams LLP
                                              222 Delaware Avenue
                                              P.O. Box 2306
                                              Wilmington, DE 19899
                                              dwilliams@morrisjames.com
                                              (302) 888-6900
Dated: February 8, 2006                Attorneys for Defendant

DHW/012725-0066/1347230/1

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JANE DOE, as the Natural Guardian of NANCY DOE, a Minor, MARY DOE, a Minor, and SUSAN DOE, a Minor,<br><br>Plaintiffs,<br><br>v.<br><br>CAPE HENLOPEN SCHOOL DISTRICT, DANE BRANDENBERGER, JANET MAULL, and CINDY CUNNINGHAM,<br><br>Defendants. | C.A. No. 05-424 SLR<br><br>Trial by Jury Demanded |

### CERTIFICATE OF ELECTRONIC FILING

I, David H. Williams, hereby certify that on February 8th, 2006, I electronically filed the attached **NOTICE OF SERVICE** with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following:

>Gary W. Aber, Esquire
>Aber, Goldlust, Baker & Over
>702 King Street, Suite 600
>P. O. Box 1675
>Wilmington, DE 19899-1675

>MORRIS, JAMES, HITCHENS & WILLIAMS, LLP

>/s/ David H. Williams
>David H. Williams (#616)
>222 Delaware Avenue
>P.O. Box 2306
>Wilmington, DE 19899
>(302) 888-6900
>dwilliams@morrisjames.com
>Attorneys for Defendants

Dated: February 8, 2006

DHW/012725-0066/1347232/1