IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JANE DOE, as the Natural Guardian of NANCY DOE, a Minor, MARY DOE, a Minor, and , a Minor, SUSAN DOE, a Minor,<br><br>Plaintiffs<br><br>v.<br><br>CAPE HENLOPEN SCHOOL DISTRICT, DANE BRANDENBERGER, JANET MAULL, and CINDY CUNNINGHAM,<br><br>Defendants. | C.A. No.: 05-424 (SLR)<br><br>Trial By Jury Demanded |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE, that Plaintiff's Rule 26(a) Disclosures were hand delivered to the following counsel on February 10, 2006:

> David H. Williams, Esquire
> Morris, James, Hitchens & Williams, LLP
> 222 Delaware Avenue, 10th Floor
> P.O. Box 2306
> Wilmington, DE  19899

ABER, GOLDLUST, BAKER & OVER

/s/ Gary W. Aber
GARY W. ABER (DSB #754)
702 King Street, Suite 600
P.O. Box 1675
Wilmington, DE  19899
(302) 472-4900
Attorney for Plaintiffs

DATED: February 10, 2006

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the attached pleading was served via electronic filing on February 10, 2006 to the following counsel:

> David H. Williams, Esquire
> Morris, James, Hitchens & Williams, LLP
> 222 Delaware Avenue, 10th Floor
> P.O. Box 2306
> Wilmington, DE 19899

>> /s/ Melissa A. Chionchio
>> Melissa A. Chionchio
>> Secretary to Gary W. Aber, Esquire