IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JANE DOE, as the Natural Guardian of NANCY DOE, a Minor, MARY DOE, a Minor, and SUSAN DOE, a Minor,<br><br>        Plaintiffs,<br><br>   v.<br><br>CAPE HENLOPEN SCHOOL DISTRICT, DANE BRANDENBERGER, JANET MAULL, and CINDY CUNNINGHAM,<br><br>        Defendants. | )<br>)<br>)<br>)<br>)   C.A. No. 05-424 SLR<br>)<br>)   Trial by Jury Demanded<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF SERVICE

I hereby certify that on the 10th day of March, 2006, two (2) copies of **DEFENDANTS' FIRST SET OF REQUESTS FOR PRODUCTION DIRECTED TO THE PLAINTIFFS** and **DEFENDANTS' FIRST SET OF INTERROGATORIES DIRECTED TO PLAINTIFFS** were served by hand delivery addressed to the following counsel of record:

    Gary W. Aber, Esquire
    Aber, Goldlust, Baker & Over
    First Federal Plaza, Suite 600
    P.O. Box 1675
    Wilmington, DE 19899

                      /s/ David H. Williams
                      David H. Williams (#616)
                      Morris, James, Hitchens & Williams LLP
                      222 Delaware Avenue
                      P.O. Box 2306
                      Wilmington, DE 19899
                      dwilliams@morrisjames.com
                      (302) 888-6900

Dated: March 10, 2006        Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JANE DOE, as the Natural Guardian of NANCY DOE, a Minor, MARY DOE, a Minor, and SUSAN DOE, a Minor,<br><br>                    Plaintiffs,<br><br>        v.<br><br>CAPE HENLOPEN SCHOOL DISTRICT, DANE BRANDENBERGER, JANET MAULL, and CINDY CUNNINGHAM,<br><br>                    Defendants. | C.A. No. 05-cv-00424 SLR<br><br>Trial by Jury Demanded |

**CERTIFICATE OF SERVICE**

I, David H. Williams, hereby certify that on March 10, 2006, I electronically filed the attached **NOTICE OF SERVICE** with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following:

Gary W. Aber, Esquire
Aber, Goldlust, Baker & Over
702 King Street, Suite 600
Wilmington, DE 19899-1675

_____
David H. Williams (#616)
dwilliams@morrisjames.com
MORRIS, JAMES, HITCHENS & WILLIAMS, LLP
222 Delaware Avenue
P.O. Box 2306
Wilmington, DE 19899
(302) 888-6900
Attorneys for Defendants

Dated: March 10, 2006