IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JANE DOE, as the Natural Guardian of NANCY DOE, a Minor, MARY DOE, a Minor, and SUSAN DOE, a Minor, ) ) ) ) Plaintiffs, ) ) v. ) ) CAPE HENLOPEN SCHOOL DISTRICT, ) DANE BRANDENBERGER, JANET ) MAULL, and CINDY CUNNINGHAM, ) ) Defendants. ) | C.A. No. 05-424 SLR<br><br>Trial by Jury Demanded |

## NOTICE OF SERVICE

I hereby certify that on the 30th day of May, 2006, two (2) copies of **DEFENDANTS' ANSWERS TO PLAINTIFFS' INTERROGATORIES DIRECTED TO DEFENDANTS** and **DEFENDANTS' RESPONSES TO PLAINTIFFS' REQUEST FOR PRODUCTION OF DOCUMENTS DIRECTED TO DEFENDANTS** were served by hand delivery addressed to the following counsel of record:

Gary W. Aber, Esquire
Aber, Goldlust, Baker & Over
702 King Street, Suite 600
Wilmington, DE 19899

David H. Williams (#616)
Morris, James, Hitchens & Williams LLP
222 Delaware Avenue
P.O. Box 2306
Wilmington, DE 19899
dwilliams@morrisjames.com
(302) 888-6900

Dated: May 30, 2006          Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JANE DOE, as the Natural Guardian of NANCY DOE, a Minor, MARY DOE, a Minor, and SUSAN DOE, a Minor,<br><br>Plaintiffs,<br><br>v.<br><br>CAPE HENLOPEN SCHOOL DISTRICT, DANE BRANDENBERGER, JANET MAULL, and CINDY CUNNINGHAM,<br><br>Defendants. | )<br>)<br>)<br>)  C.A. No. 05-424 SLR<br>)<br>)  Trial by Jury Demanded<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**CERTIFICATE OF ELECTRONIC FILING**

I, David H. Williams, hereby certify that on May 30, 2006, I electronically filed the attached **NOTICE OF SERVICE** with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following:

> Gary W. Aber, Esquire
> Aber, Goldlust, Baker & Over
> 702 King Street, Suite 600
> Wilmington, DE 19899

> MORRIS, JAMES, HITCHENS & WILLIAMS, LLP

> _/s/ David H. Williams_
> David H. Williams (#616)
> 222 Delaware Avenue
> P.O. Box 2306
> Wilmington, DE 19899
> (302) 888-6900
> dwilliams@morrisjames.com
> Attorneys for Defendants

Dated: May 30, 2006