IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JANE DOE, as the natural Guardian of NANCY DOE, a Minor, MARY DOE a Minor, and SUSAN DOE, a Minor,<br><br>Plaintiffs,<br><br>v.<br><br>CAPE HENELOPEN SCHOOL DISTRICT, DANE BRANDENBERGER, JANET MAUL and CINDY CUNNINGHAM,<br><br>Defendants. | C.A. No.: 05-CV00424 SLR<br><br>Trial By Jury Demanded |

## STIPULATION

The attorneys in the above-captioned, after consulting, have agreed, with the consent of the Court to reset the Scheduling Order in the above-captioned matter as follows:

1. The plaintiff understands that a trial date will not be set until the Court decides any summary judgment motions filed by the defendant, and has consulted with his client in that regard.

2. **Plaintiff's to Identify Experts**: December 1, 2006

3. **Defendant's to Identify Experts**: December 22, 2006

4. **Discovery Cut Off**: January 22, 2007

5. **Dispositive Motions**: February 16, 2007

| | |
|---|---|
| ABER, GOLDLUST, BAKER & OVER | MORRIS, JAMES, HITCHENS & WILLIAMS |
| */s/ Gary W. Aber* | */s/ David H. Williams* |
| GARY W. ABER (DSB #754) | DAVID H. WILLIAMS (DSB #616) |
| 702 King Street, Suite 600 | 222 Delaware Avenue, 10th Floor |
| P.O. Box 1675 | P.O. Box 2306 |
| Wilmington, DE 19899 | Wilmington, DE 19899 |
| (302) 472-4900 | (302) 888-6900 |
| Attorney for Plaintiff | Attorney for Defendants |

SO ORDERED, this _____ day of _____, 2006

_____
The Honorable Sue L. Robinson