# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JANE DOE, as the Natural Guardian of NANCY DOE, a Minor, MARY DOE, a Minor, and , a Minor, SUSAN DOE, a Minor, <br><br>Plaintiffs <br><br>v. <br><br>CAPE HENLOPEN SCHOOL DISTRICT, DANE BRANDENBERGER, JANET MAULL, and CINDY CUNNINGHAM, <br><br>Defendants. | C.A. No.: 05-424 (SLR) <br><br>Trial By Jury Demanded |

## **NOTICE OF SERVICE**

PLEASE TAKE NOTICE, that Plaintiff's Responses to Defendant's Request for Production of Documents Directed to Plaintiff and Plaintiff's Answers to Defendant's First Set of Interrogatories Directed to Defendant were hand delivered to the following counsel on November 2, 2006:

> David H. Williams, Esquire
> Morris, James, Hitchens & Williams, LLP
> 222 Delaware Avenue, 10th Floor
> P.O. Box 2306
> Wilmington, DE  19899

                                        ABER, GOLDLUST, BAKER & OVER

                                        /s/ Gary W. Aber
                                    GARY W. ABER (DSB #754)
                                    702 King Street, Suite 600
                                    P.O. Box 1675
                                    Wilmington, DE  19899
                                    (302) 472-4900
                                    Attorney for Plaintiffs

DATED:  November 2, 2006

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the attached pleading was served via electronic filing on November 2, 2006 to the following counsel:

>David H. Williams, Esquire
>Morris, James, Hitchens & Williams, LLP
>222 Delaware Avenue, 10th Floor
>P.O. Box 2306
>Wilmington, DE 19899

>/s/ Melissa A. Chionchio
>Melissa A. Chionchio
>Secretary to Gary W. Aber, Esquire