IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JANE DOE, as the Natural Guardian of NANCY DOE, a Minor, MARY DOE, a Minor, and SUSAN DOE, a Minor,<br><br>Plaintiffs,<br><br>v.<br><br>CAPE HENLOPEN SCHOOL DISTRICT, DANE BRANDENBERGER, JANET MAULL, and CINDY CUNNINGHAM,<br><br>Defendants. | C.A. No. 05-cv-00424 SLR<br><br>Trial by Jury Demanded |

## ORDER

WHEREAS, on March 10, 2006, the Defendants filed and served interrogatories upon the Plaintiffs.

WHEREAS, Plaintiffs have not responded to the interrogatories under oath, nor have Plaintiffs fully and completely responded to the interrogatories.

WHEREAS, Defendants have requested the Plaintiffs' dates of birth.

WHEREAS, Defendants have moved to compel full and complete interrogatory responses, and identification of the Plaintiffs' dates of birth.

IT IS HEREBY ORDERED, that Plaintiffs shall respond fully and completely to Defendants' First Set of Interrogatories Directed to the Plaintiffs by close of business on January _____, 2007.

IT IS HEREBY FURTHER ORDERED, that Plaintiffs shall respond by such date to Defendants' First Set of Interrogatories Directed to the Plaintiffs under oath.

2

IT IS HEREBY FURTHER ORDERED, that Plaintiffs shall identify the Plaintiffs' dates of birth of birth by close of business on January ____, 2007.

_____
Chief Judge Robinson

JYM/012725-0066/1497502/1