IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JANE DOE, as the Natural Guardian of NANCY DOE, a Minor, MARY DOE, a Minor, and , a Minor, SUSAN DOE, a Minor, | ) ) ) ) ) | C.A. No.: 05-424 (SLR) |
| Plaintiffs | ) ) | Trial By Jury Demanded |
| v. | ) ) | |
| CAPE HENLOPEN SCHOOL DISTRICT, DANE BRANDENBERGER, JANET MAULL, and CINDY CUNNINGHAM, | ) ) ) ) ) | |
| Defendants. | ) | |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE, that Plaintiff's Amended Responses to Defendant's Request for Production of Documents Directed to Plaintiff were hand delivered to the following counsel on December 28, 2006:

> David H. Williams, Esquire
> Morris, James, Hitchens & Williams, LLP
> 222 Delaware Avenue, 10th Floor
> P.O. Box 2306
> Wilmington, DE  19899

ABER, GOLDLUST, BAKER & OVER

    /s/ Gary W. Aber
GARY W. ABER (DSB #754)
702 King Street, Suite 600
P.O. Box 1675
Wilmington, DE  19899
(302) 472-4900
Attorney for Plaintiffs

DATED:  December 28, 2006

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the attached pleading was served via electronic filing on December 28, 2006 to the following counsel:

> David H. Williams, Esquire
> Morris, James, Hitchens & Williams, LLP
> 222 Delaware Avenue, 10th Floor
> P.O. Box 2306
> Wilmington, DE  19899

>                    /s/ Melissa A. Chionchio
> Melissa A. Chionchio
> Secretary to Gary W. Aber, Esquire