IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JANE DOE, as the natural Guardian of NANCY DOE, a Minor, MARY DOE a Minor, and SUSAN DOE, a Minor,<br><br>Plaintiffs,<br><br>v.<br><br>CAPE HENELOPEN SCHOOL DISTRICT, DANE BRANDENBERGER, JANET MAUL and CINDY CUNNINGHAM,<br><br>Defendants. | C.A. No.: 05-CV00424 SLR<br><br>Trial By Jury Demanded |

## STIPULATED REVISED ORDER

This __24th__ day of __January__, 2007, having satisfied their obligations under Fed.R. Civ.P.26(f), and the court having conducted a pretrial scheduling conference pursuant to Fed.R.Civ.P. 16 and D.Del. LR 16.2(a) and (b)

IT IS ORDERED that:.

1. **Discovery**.

    (a) All discovery shall be commenced in time to be completed by **April 15, 2007**.

    (b) Maximum of 25 interrogatories by each party to any other party.

    (c) Maximum of 25 requests for admission by each party to any other party.

    (d) Maximum of 10 depositions by plaintiff and 10 by defendant.

    (e) Each deposition [other than Jane Doe] limited to a maximum of 6 hours unless extended by agreement of the parties.

1511833/1

(f) Reports from retained experts under Rule 26(a)(2) on issues for which any party has the burden of proof due by **March 1, 2007**. Rebuttal expert reports due by **April 1, 2007.**

(g) **Discovery Disputes**. Any discovery dispute shall be submitted to the court pursuant to Fed.R.Civ.P. 37. during the course of discovery, each party is limited to **two (2)** Rule 37 motions. The court shall make itself available, however, to resolve through a telephone conference, disputes that arise during the course of a deposition and disputes related to entry of a protective order.

2. **Summary Judgment Motions**: all summary judgment motions shall be served and filed with an opening brief on or before **May 15, 2007**. Briefing shall be pursuant to D.Del. LR 7.1.2. No summary judgment motion may be filed more than **ten (10)** days from above date without leave of the court.

3. **Applications by Motion**: Any application to the court shall be by written motion filed with the clerk. Unless otherwise requested by the court, counsel shall not deliver copies of papers or correspondence to chambers. **Any non-dispositive motion shall contain the statement required by D.Del. LR 7.1.1.**

4. **Motions in Limine**: To be scheduled by the Court

5. **Pretrial Conference**: A pretrial conference will be held scheduled by the Court.

6. **Trial**: To be scheduled by the Court. For the purposes of completing pretrial preparations the parties should plan on being allocated a number of hours in which to present their respective cases.

| ABER, GOLDLUST, BAKER & OVER | MORRIS JAMES LLP |
|---|---|
| /s/ Gary W. Aber | /s/ James H. McMackin III (#4284) for David H. Williams |
| GARY W. ABER (DSB #754) | DAVID H. WILLIAMS (DSB #616) |
| 702 King Street, Suite 600 | 500 Delaware Avenue, Suite 1500 |
| P.O. Box 1675 | P.O. Box 2306 |
| Wilmington, DE 19899 | Wilmington, DE 19899 |
| (302) 472-4900 | (302) 888-6900 |
| Attorney for Plaintiff | Attorney for Defendants |

SO ORDERED, this 24th day of January, 2007

_____
The Honorable Sue L. Robinson

1511833/1