IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JANE DOE, as the natural Guardian of NANCY DOE, a Minor, MARY DOE, a Minor, and SUSAN DOE, a Minor, | : : : : |
| Plaintiffs, | : : |
| v. | :  Civil Action No. 05-424-SLR |
| CAPE HENLOPEN SCHOOL DISTRICT, et al., | : : : |
| Defendants. | : : |

## ORDER

At Wilmington this **22nd** day of **February, 2007**,

IT IS ORDERED that the mediation conference scheduled for Friday, February 23, 2007 at 10:00 a.m. has been rescheduled to **Monday, April 23, 2007 at 10:30 a.m.** The parties are permitted to file supplemental submissions of no more than **five (5) pages, double-spaced, 12 pt. font.**, which shall be due on or before **Friday, April 13, 2007.** All other provisions of the Court's June 22, 2006 Order shall remain in full force and effect.

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE