IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JANE DOE, as the natural Guardian of NANCY DOE, a Minor, MARY DOE a Minor, and SUSAN DOE, a Minor,<br><br>Plaintiffs,<br><br>v.<br><br>CAPE HENELOPEN SCHOOL DISTRICT, DANE BRANDENBERGER, JANET MAUL and CINDY CUNNINGHAM,<br><br>Defendants. | )<br>)<br>)<br>)<br>)  C.A. No.: 05-CV00424 SLR<br>)<br>)<br>)<br>)  Trial By Jury Demanded<br>)<br>)<br>)<br>)<br>)<br>) |

**STIPULATED AMENDED SCHEDULING ORDER**

It is hereby stipulated by and between the parties in the above-captioned matter, that the Scheduling Order in this matter shall be amended as follows:

| | |
|---|---|
| Discovery Cut Off | July 15, 2007 |
| Plaintiff's Experts | May 1, 2007 |
| Defendants' Experts | June 15, 2007 |
| Dispositive Motions | August 15, 2007 |

ABER, GOLDLUST, BAKER & OVER

/s/ Gary W. Aber
GARY W. ABER (DSB #754)
702 King Street, Suite 600
P.O. Box 1675
Wilmington, DE 19899
(302) 472-4900
Attorney for Plaintiff

MORRIS, JAMES, HITCHENS & WILLIAMS

/s/ David H. Willaims
DAVID H. WILLIAMS (DSB #616)
222 Delaware Avenue, 10th Floor
P.O. Box 2306
Wilmington, DE 19899
(302) 888-6900
Attorney for Defendants

SO ORDERED, this _____ day of _____, 2007

                                                      The Honorable Sue L. Robinson