IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JANE DOE, as the natural Guardian of NANCY DOE, a Minor, MARY DOE, a Minor, and SUSAN DOE, a Minor,<br><br>Plaintiffs,<br><br>v.<br><br>CAPE HENLOPEN SCHOOL DISTRICT, et al.,<br><br>Defendants. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>: Civil Action No. 05-424-SLR<br>:<br>:<br>:<br>:<br>: |

## ORDER

At Wilmington this **18th** day of **March, 2007**,

IT IS ORDERED that the mediation conference scheduled for Monday, April 23, 2007 at 10:30 a.m. is canceled.

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE