IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JANE DOE, as the Natural Guardian of NANCY DOE, a Minor, MARY DOE, a Minor, and , a Minor, SUSAN DOE, a Minor, )<br><br>Plaintiffs )<br><br>v. )<br><br>CAPE HENLOPEN SCHOOL DISTRICT, DANE BRANDENBERGER, JANET MAULL, and CINDY CUNNINGHAM, )<br><br>Defendants. ) | C.A. No.: 05-424 (SLR)<br><br>Trial By Jury Demanded |

### NOTICE OF DEPOSITION

TO:   David H. Williams, Esquire
       Morris, James, Hitchens & Williams, LLP
       222 Delaware Avenue, 10th Floor
       P.O. Box 2306
       Wilmington, DE  19899

**PLEASE TAKE NOTICE**, that the undersigned will take the oral deposition of Dane Brandenberger Friday, June 29, 2007 at 10:00 a.m. in the offices of Aber, Goldlust, Baker & Over.

ABER, GOLDLUST, BAKER & OVER

       /s/ Gary W. Aber
GARY W. ABER (DSB #754)
702 King Street, Suite 600
P.O. Box 1675
Wilmington, DE  19899
(302) 472-4900
Attorney for Plaintiffs

DATED:  June 14, 2007

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the attached pleading was served via electronic mail on June 14, 2007 to the following counsel:

> David H. Williams, Esquire
> Morris, James, Hitchens & Williams, LLP
> 222 Delaware Avenue, 10th Floor
> P.O. Box 2306
> Wilmington, DE  19899

/s/ Melissa A. Chionchio
Melissa A. Chionchio
Secretary to Gary W. Aber, Esquire