IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JANE DOE, as the Natural Guardian of NANCY DOE, a Minor, MARY DOE, a Minor, and , a Minor, SUSAN DOE, a Minor,   )<br>  )<br>  )<br>  )<br>  )<br>Plaintiffs   )<br>  )<br>v.   )<br>  )<br>CAPE HENLOPEN SCHOOL DISTRICT, DANE BRANDENBERGER, JANET MAULL, and CINDY CUNNIGHAM,   )<br>  )<br>  )<br>  )<br>  )<br>Defendants.   ) | C.A. No.: 05-424 (SLR)<br><br>Trial By Jury Demanded |

## NOTICE OF DEPOSITION

TO:  David H. Williams, Esquire
    Morris, James, Hitchens & Williams, LLP
    222 Delaware Avenue, 10th Floor
    P.O. Box 2306
    Wilmington, DE  19899

**PLEASE TAKE NOTICE**, that the undersigned will take the oral deposition of Cindy Cunnigham on Wednesday, June 27, 2007 at 10:00 a.m. in the offices of Aber, Goldlust, Baker & Over.

ABER, GOLDLUST, BAKER & OVER

/s/ Gary W. Aber
GARY W. ABER (DSB #754)
702 King Street, Suite 600
P.O. Box 1675
Wilmington, DE  19899
(302) 472-4900
Attorney for Plaintiffs

DATED:  June 14, 2007

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the attached pleading was served via electronic mail on June 14, 2007 to the following counsel:

>David H. Williams, Esquire
>Morris, James, Hitchens & Williams, LLP
>222 Delaware Avenue, 10th Floor
>P.O. Box 2306
>Wilmington, DE  19899

>/s/ Melissa A. Chionchio
>Melissa A. Chionchio
>Secretary to Gary W. Aber, Esquire