IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JANE DOE, as the Natural ) <br> Guardian of NANCY DOE, ) <br> a Minor, MARY DOE, a Minor, and , ) <br> a Minor, SUSAN DOE, a Minor, ) <br> ) <br> Plaintiffs ) <br> ) <br> v. ) <br> ) <br> CAPE HENLOPEN SCHOOL ) <br> DISTRICT, DANE BRANDENBERGER, ) <br> JANET MAULL, and CINDY ) <br> CUNNINGHAM, ) <br> ) <br> Defendants. ) | C.A. No.: 05-424 (SLR) <br><br> Trial By Jury Demanded |

## NOTICE OF DEPOSITION

TO:  David H. Williams, Esquire
       Morris, James, Hitchens & Williams, LLP
       222 Delaware Avenue, 10th Floor
       P.O. Box 2306
       Wilmington, DE  19899

**PLEASE TAKE NOTICE**, that the undersigned will take the oral deposition of Heidi Quillen on Thursday, June 28, 2007 at 10:00 a.m. in the offices of Aber, Goldlust, Baker & Over.

                                       ABER, GOLDLUST, BAKER & OVER

                                       /s/ Gary W. Aber
                                       GARY W. ABER (DSB #754)
                                       702 King Street, Suite 600
                                       P.O. Box 1675
                                       Wilmington, DE  19899
                                       (302) 472-4900
                                       Attorney for Plaintiffs

DATED:  June 14, 2007

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the attached pleading was served via electronic mail on June 14, 2007 to the following counsel:

>David H. Williams, Esquire
>Morris, James, Hitchens & Williams, LLP
>222 Delaware Avenue, 10th Floor
>P.O. Box 2306
>Wilmington, DE  19899

        /s/ Melissa A. Chionchio
Melissa A. Chionchio
Secretary to Gary W. Aber, Esquire