IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JANE DOE, as the Natural Guardian of NANCY DOE, a Minor, MARY DOE, a Minor, and , a Minor, SUSAN DOE, a Minor,<br><br>　　　　Plaintiffs<br><br>　　v.<br><br>CAPE HENLOPEN SCHOOL DISTRICT, DANE BRANDENBERGER, JANET MAULL, and CINDY CUNNINGHAM,<br><br>　　　　Defendants. | C.A. No.: 05-424 (SLR)<br><br>Trial By Jury Demanded |

## NOTICE OF DEPOSITION

TO:　David H. Williams, Esquire
　　　Morris, James, Hitchens & Williams, LLP
　　　222 Delaware Avenue, 10th Floor
　　　P.O. Box 2306
　　　Wilmington, DE  19899

**PLEASE TAKE NOTICE**, that the undersigned will take the oral deposition of Janet Maull, Wednesday, July 11, 2007 at 9:30 a.m. in the offices of Aber, Goldlust, Baker & Over.

　　　　　　　　　　　　　　　　　　ABER, GOLDLUST, BAKER & OVER

　　　　　　　　　　　　　　　　　　　/s/ Gary W. Aber
　　　　　　　　　　　　　　　　　　GARY W. ABER (DSB #754)
　　　　　　　　　　　　　　　　　　702 King Street, Suite 600
　　　　　　　　　　　　　　　　　　P.O. Box 1675
　　　　　　　　　　　　　　　　　　Wilmington, DE  19899
　　　　　　　　　　　　　　　　　　(302) 472-4900
　　　　　　　　　　　　　　　　　　Attorney for Plaintiffs

DATED:  June 14, 2007

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the attached pleading was served via electronic mail on June 14, 2007 to the following counsel:

>David H. Williams, Esquire
>Morris, James, Hitchens & Williams, LLP
>222 Delaware Avenue, 10th Floor
>P.O. Box 2306
>Wilmington, DE  19899

>/s/ Melissa A. Chionchio
>Melissa A. Chionchio
>Secretary to Gary W. Aber, Esquire