IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JANE DOE, as the Natural Guardian of NANCY DOE, a Minor, MARY DOE, a Minor, and , a Minor, SUSAN DOE, a Minor,<br><br>    Plaintiffs<br><br>    v.<br><br>CAPE HENLOPEN SCHOOL DISTRICT, DANE BRANDENBERGER, JANET MAULL, and CINDY CUNNINGHAM,<br><br>    Defendants. | C.A. No.: 05-424 (SLR)<br><br>Trial By Jury Demanded |

## NOTICE OF DEPOSITION

TO:  David H. Williams, Esquire
     Morris, James, Hitchens & Williams, LLP
     222 Delaware Avenue, 10th Floor
     P.O. Box 2306
     Wilmington, DE  19899

**PLEASE TAKE NOTICE**, that the undersigned will take the oral deposition of Robert Fulton Thursday, July 12, 2007 at 9:30 a.m. in the offices of Aber, Goldlust, Baker & Over.

                                                            ABER, GOLDLUST, BAKER & OVER

                                                                /s/ Gary W. Aber
                                                            GARY W. ABER (DSB #754)
                                                            702 King Street, Suite 600
                                                            P.O. Box 1675
                                                            Wilmington, DE  19899
                                                            (302) 472-4900
                                                            Attorney for Plaintiffs

DATED:  June 14, 2007

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the attached pleading was served via electronic mail on June 14, 2007 to the following counsel:

> David H. Williams, Esquire
> Morris, James, Hitchens & Williams, LLP
> 222 Delaware Avenue, 10th Floor
> P.O. Box 2306
> Wilmington, DE  19899

>     /s/ Melissa A. Chionchio
> Melissa A. Chionchio
> Secretary to Gary W. Aber, Esquire