IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JANE DOE, as the Natural Guardian of NANCY DOE, a Minor, MARY DOE, a Minor, and SUSAN DOE, a Minor,<br><br>Plaintiffs,<br><br>v.<br><br>CAPE HENLOPEN SCHOOL DISTRICT, DANE BRANDENBERGER, JANET MAULL, and CINDY CUNNINGHAM,<br><br>Defendants. | )<br>)<br>)<br>)<br>) C.A. No. 05-cv-00424 SLR<br>)<br>) Trial by Jury Demanded<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF DEPOSITION

TO: Gary W. Aber, Esquire
Aber, Goldlust, Baker & Over
702 King Street, Suite 600
Wilmington, DE 19899-1675

PLEASE TAKE NOTICE that counsel for Defendants will take the deposition of Plaintiffs Nancy Doe, Mary Doe and Susan Doe pursuant to Rule 30 of the Federal Rules of Civil Procedure, on Monday, July 9, 2007, beginning at 10:00 a.m., in the office of Morris James LLP, 29 N. State Street, Suite 100, Dover, Delaware.

MORRIS JAMES LLP

/s/ David H. Williams
David H. Williams (#616)
dwilliams@morrisjames.com
James H. McMackin, III (#4284)
jmcmackin@morrisjames.com
500 Delaware Avenue, Suite 1500
P.O. Box 2306
Wilmington, DE 19899
(302) 888-6900/5849
Attorneys for Defendants

Dated: July 3, 2007
cc: Wilcox & Fetzer

1587871/1