IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JANE DOE, as the natural Guardian of NANCY DOE, a Minor, MARY DOE a Minor, and SUSAN DOE, a Minor,<br><br>    Plaintiffs,<br><br>v.<br><br>CAPE HENELOPEN SCHOOL DISTRICT, DANE BRANDENBERGER, JANET MAUL and CINDY CUNNINGHAM,<br><br>    Defendants. | C.A. No.: 05-CV00424 SLR<br><br>Trial By Jury Demanded |

## STIPULATED AMENDED SCHEDULING ORDER

It is hereby stipulated by and between the parties in the above-captioned matter that the Scheduling Order in this matter shall be amended as follows:

| | |
|---|---|
| Discovery Cut Off: | August 15, 2007 |
| Defendants' Experts: | September 15, 2007 |
| Dispositive Motions: | October 15, 2007 |

ABER, GOLDLUST, BAKER & OVER

*/s/ Gary W. Aber/*

Gary W. Aber, Esquire (#754)
702 King Street, Suite 600
Wilmington, DE 19899
(302) 472-4900
gaber@gablawde.com
Attorneys for Plaintiffs

MORRIS JAMES LLP

*/s/ David H. Williams/*

David H. Williams (#616)
dwilliams@morrisjames.com
James H. McMackin, III (#4284)
jmcmackin@morrisjames.com
500 Delaware Avenue, Suite 1500
P.O. Box 2306
Wilmington, DE 19899
(302) 888-6900/5849
Attorneys for Defendants

1589902/1

SO ORDERED, this _____ day of _____, 2007

_____
The Honorable Sue L. Robinson

1589902/1