IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JANE DOE, as the Natural Guardian of NANCY DOE, a Minor, MARY DOE, a Minor, and , a Minor, SUSAN DOE, a Minor,<br><br>    Plaintiffs<br><br>  v.<br><br>CAPE HENLOPEN SCHOOL DISTRICT, DANE BRANDENBERGER, JANET MAULL, and CINDY CUNNINGHAM,<br><br>    Defendants. | C.A. No.: 05-424 (SLR)<br><br>Trial By Jury Demanded |

## NOTICE OF DEPOSITION

TO:  David H. Williams, Esquire
       Morris James, LLC
       222 Delaware Avenue, 10th Floor
       P.O. Box 2306
       Wilmington, DE 19899

**PLEASE TAKE NOTICE**, that the undersigned will take the continued oral deposition of Cindy Cunnigham on Tuesday, August 15, 2007 at 1:30 p.m. in the offices of Morris James, LLC 29 N. State Street, Suite 100, Dover, DE 19901.

                                               ABER, GOLDLUST, BAKER & OVER

                                               /s/ Gary W. Aber
                                             GARY W. ABER (DSB #754)
                                             702 King Street, Suite 600
                                             P.O. Box 1675
                                             Wilmington, DE 19899
                                             (302) 472-4900
                                             Attorney for Plaintiffs

DATED: July 26, 2007

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the attached pleading was served via electronic mail on July 26, 2007 to the following counsel:

>David H. Williams, Esquire
>Morris James, LLC
>222 Delaware Avenue, 10th Floor
>P.O. Box 2306
>Wilmington, DE  19899

>/s/ Melissa A. Chionchio
>Melissa A. Chionchio
>Secretary to Gary W. Aber, Esquire