IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JANE DOE, as the Natural Guardian of NANCY DOE, a Minor, MARY DOE, a Minor, and SUSAN DOE, a Minor, <br><br> Plaintiffs, <br><br> v. <br><br> CAPE HENLOPEN SCHOOL DISTRICT, DANE BRANDENBERGER, JANET MAULL, and CINDY CUNNINGHAM, <br><br> Defendants. | C.A. No. 05-cv-00424 SLR <br><br> Trial by Jury Demanded |

### RE-NOTICE OF DEPOSITION

TO: Gary W. Aber, Esquire
      Aber, Goldlust, Baker & Over
      702 King Street, Suite 600
      Wilmington, DE 19899-1675

PLEASE TAKE NOTICE that counsel for Defendants will take the deposition of Plaintiffs Nancy Doe, Mary Doe and Susan Doe pursuant to Rule 30 of the Federal Rules of Civil Procedure, on Wednesday, August 22, 2007, in the offices of Morris James LLP, 29 N. State Street, Suite 100, Dover, Delaware, as follows:

| | |
|---|---|
| Nancy Doe | 9:30 a.m. |
| Mary Doe | 10:30 a.m. |
| Susan Doe | 11:30 a.m. |

                                MORRIS JAMES LLP

                                /s/ David H. Williams
                                David H. Williams (#616)
                                dwilliams@morrisjames.com
                                James H. McMackin, III (#4284)
                                jmcmackin@morrisjames.com
                                500 Delaware Avenue, Suite 1500
                                P.O. Box 2306
                                Wilmington, DE 19899
Dated: July 27, 2007             (302) 888-6900/5849
cc: Wilcox & Fetzer            Attorneys for Defendants

1594159/1