IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JANE DOE, as the Natural ) <br> Guardian of NANCY DOE, ) <br> a Minor, MARY DOE, a Minor, and , ) <br> a Minor, SUSAN DOE, a Minor, ) <br> ) <br> Plaintiffs ) <br> ) <br> v. ) <br> ) <br> CAPE HENLOPEN SCHOOL ) <br> DISTRICT, DANE BRANDENBERGER, ) <br> JANET MAULL, and CINDY ) <br> CUNNINGHAM, ) <br> ) <br> Defendants. ) | C.A. No.: 05-424 (SLR) <br><br> Trial By Jury Demanded |

### RE-NOTICE OF DEPOSITION

TO:   David H. Williams, Esquire
      Morris, James, Hitchens & Williams, LLP
      222 Delaware Avenue, 10th Floor
      P.O. Box 2306
      Wilmington, DE  19899

**PLEASE TAKE NOTICE**, that the undersigned will take the oral deposition of Dane Brandenberger Friday, August 24, 2007 at 11:00 a.m. in the Morris James, LLP located at 29 N. State Street, Suite 100, Dover, DE  19901.

                                              ABER, GOLDLUST, BAKER & OVER


                                                  /s/ Gary W. Aber
                                              GARY W. ABER (DSB #754)
                                              702 King Street, Suite 600
                                              P.O. Box 1675
                                              Wilmington, DE  19899
                                              (302) 472-4900
                                              Attorney for Plaintiffs

DATED:  August 8, 2007

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the attached pleading was served via electronic mail on August 8, 2007 to the following counsel:

> David H. Williams, Esquire
> Morris, James, Hitchens & Williams, LLP
> 222 Delaware Avenue, 10th Floor
> P.O. Box 2306
> Wilmington, DE  19899

        /s/ Melissa A. Chionchio
Melissa A. Chionchio
Secretary to Gary W. Aber, Esquire