IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JANE DOE, as the natural Guardian of NANCY DOE, a Minor, MARY DOE, a Minor, and SUSAN DOE, a Minor, | : : : : : |
| Plaintiffs, | : : |
| v. | :  Civil Action No. 05-424-SLR |
| CAPE HENLOPEN SCHOOL DISTRICT, et al., | : : : : |
| Defendants. | : |

### ORDER

At Wilmington this **12th day of September, 2007**,

IT IS ORDERED that a mediation conference is scheduled for **Tuesday, November 6, 2007** at **10:00 a.m.** The submission of the parties' mediation statements is due on **Friday, October 26, 2007**. The parties may resubmit their prior mediation statements, plus a five (5) page double spaced, 12 point font supplement or may submit new mediation statements limited to fifteen (15) pages doubled spaced, 12 point font.

All other terms and conditions of the prior mediation scheduling order remain in effect, specifically the confidentiality provisions.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE