**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| JANE DOE, as the natural Guardian of NANCY DOE, a Minor, MARY DOE, a Minor, and SUSAN DOE, a Minor, | : | |
| Plaintiffs, | : | |
| v. | : | Civil Action No. 05-424-SLR |
| CAPE HENLOPEN SCHOOL DISTRICT, et al., | : | |
| Defendants. | : | |

**ORDER**

At Wilmington this **31st** day of **October, 2007**,

IT IS ORDERED that the mediation conference scheduled for Tuesday, November 6, 2007 at 10:00 a.m. has been rescheduled for **Friday, February 8, 2008 at 11:00 a.m.** The parties may submit supplemental statements limited to (7) pages, double-spaced, 12 point font on or before **Thursday, January 31, 2008**.

All other terms and conditions of the prior mediation scheduling order remain in effect, specifically the confidentiality provisions.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE