IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JANE DOE, as the Natural Guardian of NANCY DOE, a Minor, MARY DOE, a Minor, and SUSAN DOE, a Minor,<br><br>        Plaintiffs,<br><br>   v.<br><br>CAPE HENLOPEN SCHOOL DISTRICT, DANE BRANDENBERGER, JANET MAULL, and CINDY CUNNINGHAM,<br><br>        Defendants. | )<br>)<br>)<br>)   C.A. No. 05-cv-00424 SLR<br>)<br>)   Trial by Jury Demanded<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF DEPOSITION

TO:   Gary W. Aber, Esquire
        Aber, Goldlust, Baker & Over
        702 King Street, Suite 600
        Wilmington, DE 19899-1675

PLEASE TAKE NOTICE that counsel for Defendants will take the deposition of Plaintiff Nancy Doe pursuant to Rule 30 of the Federal Rules of Civil Procedure, on Monday, December 10, 2007, at 10:00 a.m. at the Epworth United Methodist Church, 20 Baltimore Avenue, Rehoboth Beach, Delaware.

        MORRIS JAMES LLP

        */s/ David H. Williams*
        David H. Williams (#616)
        dwilliams@morrisjames.com
        James H. McMackin, III (#4284)
        jmcmackin@morrisjames.com
        500 Delaware Avenue, Suite 1500
        P.O. Box 2306
        Wilmington, DE 19899
        (302) 888-6900/5849
        Attorneys for Defendants

Dated: December 4, 2007
cc: Wilcox & Fetzer

1594159/1