# Morris James LLP

David H. Williams
302.888.6900
dwilliams@morrisjames.com

February 1, 2008

**VIA E-FILING**

The Honorable Mary Pat Thynge
United States District Court
Federal Building
844 King Street
Wilmington, DE 19801

        RE: *Jane Doe, et al. v. Cape Henlopen School District, et al.*
             *C.A. No. 05-424 SLR*

Dear Judge Thynge:

    As you know, this case is scheduled for a February 8, 2008 mediation. We represent the Defendants.

    For several months, we have been unsuccessfully attempting to secure a date when our expert psychiatrist may conduct an independent medical examination of the minor plaintiff who is claiming emotional distress damages. We informed Mr. Aber that, in our view, we should not proceed with mediation until such time as we secure such an examination. Mr. Aber indicated he would probably not oppose our request that the mediation be postponed.

                                          Respectfully,

                                          David H. Williams (#616)

DHW/jam
cc:    Gary Aber, Esquire (via e-filing)
        Mr. Scott Rose (Claim No. 1190231) (via U.S. Mail)
        Clerk of the Court (via e-filing)

1690979/1

500 Delaware Avenue, Suite 1500 | Wilmington, DE 19801-1494    T 302.888.6800    F 302.571.1750
Mailing Address    P.O. Box 2306 | Wilmington, DE 19899-2306    www.morrisjames.com