IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JANE DOE, as the natural Guardian of NANCY DOE, a Minor, MARY DOE, a Minor, and SUSAN DOE, a Minor,<br><br>          Plaintiffs,<br><br>    v.<br><br>CAPE HENLOPEN SCHOOL DISTRICT, et al.,<br><br>          Defendants. | Civil Action No. 05-424-SLR |

## ORDER

At Wilmington this **4th** day of **February, 2008**,

IT IS ORDERED that the mediation conference scheduled for Friday, February 8, 2008 at 11:00 a.m. is cancelled.

IT IS FURTHER ORDERED that a teleconference has been scheduled for **Friday, February 8, 2008 at 11:00 a.m.** with Judge Thynge. **David H. Williams, Esquire shall initiate the teleconference call.**

                                         /s/ Mary Pat Thynge
                                         UNITED STATES MAGISTRATE JUDGE