## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JANE DOE, as the Natural Guardian of NANCY DOE, a Minor, MARY DOE, a Minor, and SUSAN DOE, a Minor, | ) ) ) | |
| | ) | C.A. No. 05-cv-00424 SLR |
| Plaintiffs, | ) ) | |
| | ) | Trial by Jury Demanded |
| v. | ) ) | |
| CAPE HENLOPEN SCHOOL DISTRICT, DANE BRANDENBERGER, JANET MAULL, and CINDY CUNNINGHAM, | ) ) ) ) | |
| | ) | |
| Defendants. | ) | |

## PROPOSED ORDER IN SUPPORT OF DEFENDANTS'
## MOTION TO COMPEL INDEPENDENT MEDICAL EXAMINATION

And now this ____ day of _____, 2008, having considered Defendants Cape Henlopen School District, Dane Brandenberger, Janet Maull and Cindy Cunningham's Motion to Compel Independent Medical Examination,

The Court orders that: Defendants' Motion to Compel Independent Medical Examination is granted.

_____
J.

1707335/1