## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JANE DOE, as the natural Guardian of NANCY DOE, a Minor, MARY DOE, a Minor, and SUSAN DOE, a Minor,<br><br>            Plaintiffs,<br><br>      v.<br><br>CAPE HENLOPEN SCHOOL DISTRICT, et al.,<br><br>            Defendants. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:  Civil Action No. 05-424-SLR<br>:<br>:<br>:<br>:<br>: |

## **ORDER**

At Wilmington this **6th** day of **March, 2008**,

IT IS ORDERED that the mediation conference has been rescheduled for **Tuesday, August 12, 2008 at 10:00 a.m.**  Submissions are now due on or before **Friday, August 1, 2008.**  On or before **July 1, 2008,** plaintiffs' counsel shall provide a status letter regarding whether this matter is ready for mediation.  All other provisions of the Court's June 22, 2006 Order shall remain in full force and effect.

/s/ Mary Pat Thynge  
UNITED STATES MAGISTRATE JUDGE