IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JANE DOE, as the natural guardian of NANCY DOE, a minor, MARY DOE, a minor, and SUSAN DOE, a minor, | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Civ. No. 05-424-SLR |
| CAPE HENLOPEN SCHOOL DISTRICT, DANE BRANDENBERGER, JANET MAULL, and CINDY CUNNINGHAM, | ) ) ) ) ) | |
| Defendants. | ) | |

# O R D E R

At Wilmington this 16th day of June, 2008, having reviewed defendants' motion to compel Nancy Doe to submit to an independent medical examination, and the papers filed in connection therewith;

IT IS ORDERED that said motion (D.I. 62) is granted, as follows: There shall be no restrictions put in place by the court, other than requiring that Dr. Kaye be present during the examination. (D.I. 65 at footnote 6) Dr. Kaye shall not interfere with the examination in any way. If he should find the examination to be contrary to appropriate medical practices, he shall ask for a break and arrange, through counsel, for a

telephone conference with the court.

                                                                                             /s/_____
                                                                                             United States District Judge