LAW OFFICES
# ABER, GOLDLUST, BAKER & OVER
(AN ASSOCIATION OF LAW PRACTICES)
702 KING STREET, SUITE 600
P.O. BOX 1675
WILMINGTON, DELAWARE 19899-1675

GARY W. ABER, P.C.
PERRY F. GOLDLUST, P.A.*
DARRELL J. BAKER, P.A.
SUSAN C. OVER
SHAUNA T. HAGAN
SAGAAR B. SHAH**

*ALSO ADMITTED IN NEW YORK
**ALSO ADMITTED IN PENNSYLVANIA

(302) 472-4900
TELECOPIER (302) 472-4920

July 1, 2008

Magistrate Judge Mary Pat Thynge
United States District Court
844 King Street
Wilmington, DE 19801

RE: Doe v. Cape Henlopen School District, et.al.
C.A. No.: 05-424 (SLR)

Dear Judge Thynge:

Pursuant to the scheduling order, the parties are required to inform the Court whether the case is in a posture for mediation. I write on behalf of the Plaintiffs.

The parties had come to a disagreement as to how and when an IME should be conducted. A resolution of the disagreement was submitted to the Court by means of a Motion to Compel the exam. The Court has only recently issued an order resolving the dispute, and the parties are in the process of of scheduling the exam. Thus, at this time the parties agree that mediation is not appropriate until the exam, and remaining depositions are conducted. However, both parties are in agreement that mediation sometime in the foreseeable future would be appropriate. It is suggested that by November this matter would be ready for mediation. If Your Honor has any time on her calendar in November, we would appreciate an opportunity to get on your calendar.

Thank you for the Court's consideration.

Respectfully,

Gary W. Aber

GWA/mac
cc: David H. Williams, Esquire