IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JANE DOE, as the natural Guardian of NANCY DOE, a Minor, MARY DOE, a Minor, and SUSAN DOE, a Minor,<br><br>    Plaintiffs,<br><br>  v.<br><br>CAPE HENLOPEN SCHOOL DISTRICT, et al.,<br><br>    Defendants. | :<br>:<br>:<br>:<br>:<br>:<br>: Civil Action No. 05-424-SLR<br>:<br>:<br>:<br>:<br>: |

## ORDER

At Wilmington this **5th** day of **August, 2008**,

IT IS ORDERED that the mediation conference scheduled for Tuesday, August 12, 2008 at 10:00 a.m. is cancelled

            /s/ Mary Pat Thynge
            UNITED STATES MAGISTRATE JUDGE