IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JANE DOE, as the natural Guardian of NANCY DOE, a Minor, MARY DOE, a Minor, and SUSAN DOE, a Minor,<br><br>    Plaintiffs,<br><br> v.<br><br>CAPE HENLOPEN SCHOOL DISTRICT, et al.,<br><br>    Defendants. | :<br>:<br>:<br>:<br>:<br>:<br>: Civil Action No. 05-424-SLR<br>:<br>:<br>:<br>:<br>: |

## ORDER

At Wilmington this **5th** day of **August, 2008**,

IT IS ORDERED that the mediation conference has been scheduled for **Thursday, January 22, 2009 at 10:00 a.m.** Submissions of the parties shall now be due on or before **Monday, January 12, 2009.** All other provisions of the Court's June 22, 2006 Order shall remain in full force and effect.

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

          /s/ Mary Pat Thynge
          UNITED STATES MAGISTRATE JUDGE